IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAOYLE G. McLEAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   12-952-SCW |
| | ) | |
| HGC TRANSPORT and | ) | |
| MUSHTAQ A. MALIK, | ) | |
| | ) | |
|     Defendant(s), | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant Orders entered by United States Magistrate Judge Stephen C. Williams on April 14, 2014 (Doc. 43), the above-captioned action is **DISMISSED** with prejudice.

**Dated:**  April 16, 2014

                                               **Nancy J. Rosenstengel, Clerk of Court**

                                               **By: s//Angela Vehlewald**
                                                        **Deputy Clerk**

**Approved:  s//Stephen C. Williams**
          STEPHEN C. WILLIAMS
          UNITED STATES MAGISTRATE JUDGE